Katherine Carlton Robinson, Esq. (IN #31694-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS A. AGUILAR,<br>    Plaintiff,<br>    vs.<br>CAPITAL ONE FINANCIAL CORPORATION;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANS UNION, LLC,<br>    Defendants. | CASE NO. 4:17-cv-00211-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** |

Defendants Trans Union, LLC ("Trans Union"), Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as Capital One Financial Corporation, and Plaintiff (collectively, the "Parties"), by their respective counsel, hereby stipulate and respectfully request that the Court extend the alternative dispute resolution ("ADR") deadline by 60 days.  In support of this Stipulation, the Parties state:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE – 4:17-CV-00211-JST**

1. This case was filed on January 19, 2017.  <u>See</u> Doc. No. 1.

2. Pursuant to the Court's Order Selecting ADR Process [Doc. No. 35], the Parties are to complete ADR by June 28, 2017.

3. The Parties state that good cause exists to extend the deadline to complete ADR as there has not yet been a Case Management Conference, the Parties are in the early stages of discovery and are continuing to collect information relevant to the case, the Parties are engaging in ongoing settlement discussions, and the Parties have thus far been unable to identify a mediation date on which all Parties and the mediator are available.

4. The Parties request that the Court extend the ADR deadline by 60 days so that they may have more time to engage in direct settlement negotiations and conduct necessary discovery before completing ADR.

5. This is the first extension requested by any party.

WHEREFORE the Parties respectfully request that the Court extend the deadline to complete ADR by 60 days.

|   |   |   |
|---|---|---|
| Date: | May 8, 2017 | *s/ Katherine Carlton Robinson* |

Respectfully submitted,

Date: May 8, 2017

*s/ Katherine Carlton Robinson*
Katherine Carlton Robinson, Esq. (IN #31694-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

Date: May 7, 2017

*s/ Matthew M. Loker*

Matthew M. Loker (279939)
ml@kazlg.com
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff Nicolas Aguilar*

Date: May 2, 2017

*s/ Andrew M. Cummings*

Andrew M. Cummings (State Bar No. 305081)
acummings@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE – 4:17-CV-00211-JST**

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: May 2, 2017 | NOKES & QUINN |
| 3 | | /s/ Thomas P. Quinn, Jr. |
| 4 | | Thomas P. Quinn, Jr. (SBN 132268) |
| | | Nokes & Quinn APC |
| 5 | | 410 Broadway, Ste 200 |
| | | Laguna Beach, CA 92651 |
| 6 | | Tel: (949) 376-3500 |
| 7 | | Fax: (949) 376-3070 |
| | | Email: tquinn@nokesquinn.com |

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

Date: May 2, 2017            s/ Connie Y. Tcheng

Connie Y. Tcheng (State Bar No. 228171)
ctcheng@dollamir.com
DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Telephone:   (310) 557-9100
Facsimile:   (310) 557-9101

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE – 4:17-CV-00211-JST**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Parties' deadline to complete ADR is hereby extended by 60 days.

Date: May 16, 2017

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Andrei Armas, Esq.<br>andrei@kazlg.com | Andrew Michael Cummings, Esq.<br>acummings@jonesday.com |
| Connie Tcheng, Esq.<br>ctcheng@dollarmir.com | David James Streza, Esq.<br>dstreza@vmbllp.com |
| Hunter Randolph Eley, Esq.<br>heley@dollarmir.com | Katherine E. Carlton Robinson, Esq.<br>krobinson@schuckitlaw.com |
| Matthew M. Loker, Esq.<br>ml@kazlg.com | Michael Frederick Cordoza, Esq.<br>mike.cardoza@cardozalawcorp.com |
| Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com | Seyed Abbas Kazerounian, Esq.<br>ak@kazlg.com |
| Katherine Carlton Robinson, Esq.<br>krobinson@schuckitlaw.com | |