1  Katherine Carlton Robinson, Esq. (IN #31694-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN 46077
   Telephone: 317-363-2400
4  Fax: 317-363-2257
   E-Mail: krobinson@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  David Streza, Esq. (CSB #209353)
   Vogl Meredith Burke LLP
8  456 Montgomery Street, 20th Floor
   San Francisco, CA 94104
9  Telephone: 415-398-0200
   Fax: 415-398-2820
10 E-Mail: dstreza@vmbllp.com

11 *Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS A. AGUILAR,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANS UNION, LLC,<br>　　　　Defendants. | CASE NO. 4:17-cv-00211-JST<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Nicolas A. Aguilar, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-00211-JST**

Page 1 of 4

Respectfully submitted,

Date: August 4, 2017         *s/ Michael Frederick Cardoza (with consent)*
Michael Frederick Cardoza, Esq.
The Cardoza Law Corporation
548 Market Street, #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Fax: (415) 651-9700
E-Mail: mike.cardoza@cardozalawcorp.com

Matthew M. Loker, Esq.
S. Abbas Kazerounian, Esq.
Andrei Armas, Esq.
Kazerouni Law Group, APC
245 Fisher Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: 800-400-6808
Fax: 800-520-5523
E-Mail: ml@kazlg.com
ak@kazlg.com
andrei@kazlg.com

*Counsel for Plaintiff Nicolas A. Aguilar*

Date: August 4, 2017         *s/ Katherine Carlton Robinson*
Katherine Carlton Robinson, Esq. (IN #31694-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-00211-JST**

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-00211-JST**

Page 3 of 4

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Nicolas A. Aguilar and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: August 4, 2017

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Matthew M. Loker, Esq.<br>ml@kazlg.com | S. Abbas Kazerounian, Esq.<br>ak@kazlg.com |
| Andrei Armas, Esq.<br>andrei@kazlg.com | Michael F. Cardoza, Esq.<br>mike.cardoza@cardozalawcorp.com |
| Andrew M. Cummings, Esq.<br>acummings@jonesday.com | Connie Tcheng, Esq.<br>ctcheng@dollamir.com |
| Hunter R. Eley, Esq.<br>heley@dollamir.com | Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com |
| David J. Streza, Esq.<br>dstreza@vmbllp.com | Katherine Carlton Robinson, Esq.<br>krobinson@schuckitlaw.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-00211-JST**

Page 4 of 4