# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS A. AGUILAR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00211-JST<br><br>*Assigned to Hon. Jon S. Tigar*<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE**<br><br>[*Joint Stipulation of Dismissal filed concurrently herewith*]<br><br>Complaint Filed: 01/16/2017<br>Trial Date:　　TBA |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | THIS CAUSE is before the Court upon the stipulation by and between Plaintiff Nicolas A. Aguilar and Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Financial Corporation ("Capital One"), to dismiss the above-captioned action with prejudice. |

# [PROPOSED] ORDER

THIS CAUSE is before the Court upon the stipulation by and between Plaintiff Nicolas A. Aguilar and Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Financial Corporation ("Capital One"), to dismiss the above-captioned action with prejudice.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

Plaintiff's claims against Capital One in this action are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 11, 2017

_____
The Honorable Jon S. Tigar
United States District Court Judge